IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-01951

MICHAEL KENT,

    Plaintiff,

v.

DOMTAR CORPORATION,
GIANNELLA ALVAREZ,
ROBERT E. APPLE,
DAVID J. ILLINGWORTH,
BRIAN M. LEVITT,
DAVID G. MAFFUCCI,
DENIS TURCOTTE, and
JOHN D. WILLIAMS,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Kent ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

Dated: August 31, 2021

OF COUNSEL:

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 120
Wilmington, DE 19807
(302) 729-9100
bdlong@longlawde.com

Respectfully submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

2